# Court of Appeals
# of the State of Georgia

ATLANTA,___March 19, 2014___

*The Court of Appeals hereby passes the following order:*

**A14A0952.  TERRELL DESHAWN AMEY v. STATE OF GEORGIA.**

Appellee has moved to dismiss Appellant's appeal on the ground that Appellant's conviction renders moot Appellant's sole enumeration of error, which concerns the trial court's revocation of Appellant's pretrial bond. Appellant agrees the appeal should be dismissed on that ground.

Upon consideration of the Appellee's Motion to Dismiss, the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/19/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*